ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN _____ OFFICE

APR 1 9 2004

LUT_____ ____, Clerk
By: _____ Deputy Clerk

THERESA  TYVESSE
_____
Plaintiff

vs.

GWINNETT  HEALTH  SYSTEMS
_____
Defendant

1 04-CV 1070

**RWS**

## TITLE VII COMPLAINT

1.   Plaintiff resides at  205 LIA HILLS , NORCROSS GEORGIA 30071

2.   Defendant(s) names (s)  GWINNETT  HEALTH  SYSTEM

Location of principal office(s) of the named defendant(s)  100 MEDICAL CENTER BLVD. STE. 206 , LAWRENCEVILLE GEORGIA 30045

Nature of defendant(s) business  HEALTHCARE

Approximate number of individuals employed by defendant(s)  500+

   *Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit.  It is not intended to be used for other kinds of cases.



(1)

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5.  Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1.  The acts complained of this suit concern:

    A.  _____  Failure to employ me.
    B.  _____✓_____  Termination of my employment.
    C.  _____  Failure to promote me.
    D.  _____  Other (Specifiy) _____
        _____
        _____
        _____
        _____

5.  Plaintiff:

    A.  _____  presently employed by the defendant.
    B.  _____✓_____  not presently employed by the defendant.  The dates of
        plaintiff's employment were _____.
        The reasons plaintiff was given for termination of
        employment is/are:
        (1)  _____✓_____  plaintiff was discharged.
        (2)  _____  plaintiff was laid off.
        (3)  _____  plaintiff left the job voluntarily.

6.  Defendant(s) conduct is discriminatory with respect to the following:

    A.  _____  my race
    B.  _____  my religion.
    C.  _____  my sex.
    D.  _____  my national origin.
    E.  _____✓_____  Other (specify) _____

RETALIATION FOR USE OF FAMILY AND MEDICAL LEAVE
ACT _____
_____

7.   The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

MS. LISA SHAPIRO, ITALIAN, FEMALE, DIRECTOR OF NURSE'S GWINNETT HEALTH SYSTEMS

8.   Describe the discriminatory actions or events you are complaining of in this lawsuit.  Give factual detail, including names and dates concerning what happened.  You do not need to refer to any statutes or cite law.

I WAS EVIDENTLY RETALIATED AGAINST FOR HAVING EARLIER EXERCISING MY RIGHTS UNDER THE FAMILY AND MEDICAL LEAVE ACT. DURING THE BIRTH OF MY CHILD I WAS EXERCISING MY STATUTORY RIGHT AND I WAS TERMINATED BY THE HOSPITAL. BUT BECAUSE OF THE INTERSECTION OF MY TREATING PHYSICIAN THE GWINNETT MEDICAL CENTER REINSTATED ME. THE GWINNETT MEDICAL CENTER AND THE DIRECTOR OF NURSES LISA SHAPIRO THEN TERMINATED TWO YEARS LATER FOR NOT REPORTING TO WORK ON MY OFFICIAL DAY OFF. A COPY OF OFFICIAL SCHEDULE IS AVAILABLE UPON REQUEST.

_____

_____

_____

_____

_____

_____

_____

_____

9.      The alleged illegal activity took place at   GWINNETT EXTENDED CARE

450   PROFESSIONAL DRIVE, LAWRENCEVILLE GEORGIA 30045

_____

10.   A.   _____✓_____   I have filed a charge with the Equal Employment Opportunity
Commission regarding defendant(s).  (I have attached a
copy of my charge(s) filed with the Equal Employment
Opportunity Commission, which are incorporated into this
complaint.

B.   _____   I have not filed a charge.

11   A.   _____✓_____   I received a Notice of Right-to-Sue letter from the Equal
Employment Opportunity Commission on MAR 29 2004
(date).  (I have attached a copy of the Notice of Right-to-Sue
which is incorporated into this complaint.)

B.   _____   I have not received a Notice of Right-to-Sue letter from the
Equal Employment Opportunity Commission.

12.   State what relief you are seeking from the Court.  If you are seeking a monetary
award (back pay or damages), state the amount you are seeking.  If you are
seeking injunctive relief (an order by the Court) issued against the defendant(s)
summarize what should be in the order.

BACK PAYMENT FOR WRONGFUL TERMINATION

AND THE TERMINATION REMOVED FROM MY RECORD

_____

_____

_____

_____

_____

14 APR 2004
**Date**

Theresa Tyrrese
**Signature of Plaintiff**

**Address:** 205 LIA HILLS

MABLETON, GEORGIA

30071

**Telephone:** (770)459-5709

EEOC Form 161 (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:Theresa Tyvessei<br>205 Lia Hills Drive<br>Norcross, Georgia 30071 | From: Equal Employment Opportunity Commission<br>100 Alabama Street, SW., Suite 4R30<br>Atlanta, Georgia 30303 |

[   ]   *On behalf of person(s) aggrieved whose identity is*
       *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 110-2004-00138 | Karen L. Lewis, Senior Investigator | (404) 562-6838 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[   ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[   ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[   ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[   ]   We cannot investigate your charge because it was not filed within the time limit required by law.

[   ]   Having been given 30 days in which to respond, you *failed to provide information,* failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[   ]   While reasonable efforts were made to locate you, we were not able to do so.

[   ]   You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ X ]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. *This does not certify that the respondent is in compliance with the statutes.* No finding is made as to any other issues that might be construed as having been raised by this charge.

[   ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[   ]   Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

Bernice Williams-Kimbrough
Director
Atlanta District Office

MAR 2 9 2004

*(Date Mailed)*

Enclosure(s)

cc:   Gwinnett Health System

**INFORMATION RELATED TO FILING SUITUNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --**     **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- *not* 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA backpay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ GEORGIA

THERESA TYVESSE

V.

GWINNETT HEALTH SYSTEMS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:04-CV 1070

TO: (Name and address of Defendant)

GWINNETT HEALTH SYSTEMS
100 MEDICAL CENTER BLVD STE. 200
LAWRENCEVILLE, GA 30045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THERESA TYVESSE
265 CIA HILLS DRIVE
NORCROSS, GEORGIA 30071

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LUTHER D. THOMAS**

APR 1 9 2004

CLERK

DATE

(By) DEPUTY CLERK